1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
3       Colton, California 92324
4       Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
5       E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8                 UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 ROXANNE ROJAS,                     )   No.  EDCV 14 -1740 AGR
11                                    )
                                      )
12      Plaintiff,                    )   ORDER AWARDING EAJA FEES
                                      )
13      v.                            )
                                      )
14                                    )
   CAROLYN W. COLVIN, Acting          )
15 Commissioner Of Social Security,   )
                                      )
16                                    )
        Defendant.                    )
17 _____

18      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19      IT IS ORDERED that EAJA fees are awarded in the amount of TWO
20 THOUSAND ONE HUNDRED TWENTY DOLLARS AND 87/100 ($2,120.87)
21 subject to the terms of the stipulation.
22
23
24      DATE: July 17, 2015         _____
25
                                    HON. ALICA G. ROSENBERG
26                                  UNITED STATES MAGISTRATE JUDGE
27
28

-1-